UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ROY WELCH,

          Plaintiff,

      v.

B. MAYBERRY, et al.,

          Defendants.

No.  2:26-cv-0407 DAD CSK P

ORDER

Plaintiff is a state prisoner proceeding without counsel.  On May 26, 2026, plaintiff filed a motion for sixty day extension of time to file an amended complaint, along with his election form noting his intention to file an amended complaint.[1]  (ECF Nos. 12, 13.)  Plaintiff has shown good cause for the extension of time, and the extension of time is granted.

///

---

[1]  In his motion, plaintiff states that he wants to "see if the complaint can be amended to include all the remaining defendants."  (ECF No. 12.)  A plaintiff may properly assert multiple claims against a single defendant.  Fed. Rule Civ. P. 18. In addition, a plaintiff may join multiple defendants in one action where "any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions and occurrences" and "any question of law or fact common to all defendants will arise in the action."  Fed. R. Civ. P. 20(a)(2).  Unrelated claims against different defendants must be pursued in separate lawsuits.  See George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007).  This rule is intended, in part, "to prevent the sort of morass [a multiple claim, multiple defendant] suit produce[s]."  Id.

1

On June 12, 2026, plaintiff re-filed those two documents, but changed the signature date on the second motion for extension of time.  (ECF Nos. 14, 15.)  Because these documents are duplicative of the documents filed on May 26, 2026, plaintiff's second motion for extension of time is denied.  (ECF No. 14.)  Plaintiff is cautioned to refrain from filing duplicative requests with the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 12) is granted.

2.  Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

3.  Plaintiff's second motion for an extension of time (ECF No. 14) is denied.

Dated:  June 18, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/welc0407.36

2